# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| NANCY BUSHNELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:24-cv-2516-SHL-tmp |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE CO. and FEDERAL ) | |
| EXPRESS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF RECUSAL

The Court hereby recuses itself in this matter and respectfully returns this file to the Clerk of Court for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED,** this 24th day of January, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE